UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
SONCRANT, ERIC C. § Case No. 09-22492 KRM
SONCRANT, LIISA A. §
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]      $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/Shari Streit Jansen_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 09-22492 KRM Judge: K. Rodney May | Trustee Name: | Shari Streit Jansen |
|---|---|---|---|
| Case Name: | SONCRANT, ERIC C. | Date Filed (f) or Converted (c): | 10/02/09 (f) |
| | SONCRANT, LIISA A. | 341(a) Meeting Date: | 11/05/09 |
| For Period Ending: | 02/20/11 | Claims Bar Date: | 03/19/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2004 Ford Taurus | 0.00 | 3,000.00 | DA | 3,000.00 | FA |
| 2. REAL PROPERTY | 135,000.00 | 0.00 | DA | 0.00 | FA |
|    homestead - Valrico keep | | | | | |
| 3. BANK ACCOUNTS | 0.00 | 100.00 | DA | 0.00 | FA |
|    checking and savings through Chase | | | | | |
| 4. HOUSEHOLD GOODS AND FURNISHINGS | 800.00 | 0.00 | DA | 0.00 | FA |
| 5. WEARING APPAREL | 200.00 | 0.00 | DA | 0.00 | FA |
| 6. 401 K through Merrill | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. Retirement through Valic | 0.00 | 0.00 | DA | 0.00 | FA |
| 8. 2009 Toyota Rav | 22,900.00 | 0.00 | DA | 0.00 | FA |
| 9. LAWN EQUIPMENT | 15.00 | 0.00 | DA | 0.00 | FA |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.85 | Unknown |
| 11. 2009 tax refund (u) | 0.00 | 5,593.34 | | 5,593.34 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $158,915.00 | $8,693.34 | | $8,596.19 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

December 13, 2009, 12:12 pm filed app - and noa - sent demand letter for equity in unscheduled vehicleJanuary 24, 2010, 02:34 pm sent 09 taxletterMarch 28, 2010, 04:19 pm rec'd return - sent tax demandMay 13, 2010, 08:31 pm got amended return - sent 2nxd demandAugust 21, 2010, 12:40 pm all monies in - review claims

Initial Projected Date of Final Report (TFR): 06/30/12    Current Projected Date of Final Report (TFR): 06/30/12

LFORM1    UST Form 101-7-TFR (10/1/2010) *(Page: 3)*    Ver: 16.01c

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| | |
|---|---|
| Case No: | 09-22492 -KRM |
| Case Name: | SONCRANT, ERIC C. |
| | SONCRANT, LIISA A. |
| Taxpayer ID No: | *******8294 |
| For Period Ending: | 02/20/11 |

| | |
|---|---|
| Trustee Name: | Shari Streit Jansen |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******5896 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/10/10 | 1 | ERIC C. SONCRANT<br>2404 CLARESIDE DRIVE<br>VALRICO, FL 33596 | | 1129-000 | 1,000.00 | | 1,000.00 |
| 01/29/10 | 10 | Union Bank | Interest Rate 0.050 | 1270-000 | 0.02 | | 1,000.02 |
| 02/12/10 | 1 | ERIC C. SONCRANT<br>2404 CLARESIDE DRIVE<br>VALRICO, FL 33596 | PIF on vehicle | 1129-000 | 2,000.00 | | 3,000.02 |
| 02/26/10 | 10 | Union Bank | Interest Rate 0.050 | 1270-000 | 0.06 | | 3,000.08 |
| 03/31/10 | 10 | Union Bank | Interest Rate 0.050 | 1270-000 | 0.13 | | 3,000.21 |
| 04/30/10 | 10 | Union Bank | Interest Rate 0.050 | 1270-000 | 0.12 | | 3,000.33 |
| 05/28/10 | 10 | Union Bank | Interest Rate 0.050 | 1270-000 | 0.11 | | 3,000.44 |
| 06/04/10 | 11 | ERIC C. SONCRANT<br>2404 CLARESIDE DRIVE<br>VALRICO, FL 33596 | PIF Tax refund | 1224-000 | 5,593.34 | | 8,593.78 |
| 06/30/10 | 10 | Union Bank | Interest Rate 0.050 | 1270-000 | 0.29 | | 8,594.07 |
| 07/30/10 | 10 | Union Bank | Interest Rate 0.050 | 1270-000 | 0.33 | | 8,594.40 |
| 08/31/10 | 10 | Union Bank | Interest Rate 0.050 | 1270-000 | 0.35 | | 8,594.75 |
| 09/30/10 | 10 | Union Bank | Interest Rate 0.050 | 1270-000 | 0.33 | | 8,595.08 |
| 10/29/10 | 10 | Union Bank | Interest Rate 0.050 | 1270-000 | 0.32 | | 8,595.40 |
| 11/30/10 | 10 | Union Bank | Interest Rate 0.050 | 1270-000 | 0.35 | | 8,595.75 |
| 12/31/10 | 10 | Union Bank | Interest Rate 0.050 | 1270-000 | 0.34 | | 8,596.09 |
| 01/31/11 | 10 | Union Bank | Interest Rate 0.000 | 1270-000 | 0.10 | | 8,596.19 |

Page Subtotals  8,596.19  0.00

UST Form 101-7-TFR (10/1/2010) *(Page: 4)*
LFORM24

Ver: 16.01c

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-22492 -KRM | Trustee Name: | Shari Streit Jansen |
|---|---|---|---|
| Case Name: | SONCRANT, ERIC C. | Bank Name: | Union Bank |
| | SONCRANT, LIISA A. | Account Number / CD #: | *******5896 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8294 | | |
| For Period Ending: | 02/20/11 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 8,596.19 | 0.00 | 8,596.19 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 8,596.19 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 8,596.19 | 0.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********5896 | 8,596.19 | 0.00 | 8,596.19 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 8,596.19 | 0.00 | 8,596.19 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

| Case Number: | 09-22492 | | Page 1 | | Date: February 20, 2011 |
| Debtor Name: | SONCRANT, ERIC C. | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 025 30 | SHARI STREIT JANSEN<br>P.O. BOX 50667<br>SARASOTA, FL 34232 | Administrative | | $260.00 | $0.00 | $260.00 |
| 000002 070 70 | Discover Bank<br>DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | 5102 | $6,643.72 | $0.00 | $6,643.72 |
| 000003 070 70 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | 5310 | $19,054.33 | $0.00 | $19,054.33 |
| 000004 070 70 | Dell Financial Services L.L.C.<br>c/o Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Unsecured | 5537 | $2,915.36 | $0.00 | $2,915.36 |
| 000005 070 70 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $915.13 | $0.00 | $915.13 |
| 000006 070 70 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | 3935 | $21,522.06 | $0.00 | $21,522.06 |
| 000007 070 70 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | 9141 | $12,167.01 | $0.00 | $12,167.01 |
| 000008 070 70 | Student Assistance Foundation<br>2500 Broadway<br>Helena, MT 59601 | Unsecured | 96 2592 6523 CL 6/21/06 | $74,439.03 | $0.00 | $74,439.03 |
| 000001 999 999 | Ford Motor Credit Company LLC<br> Dept 55953<br> P O Box 55000<br> Detroit MI 48225-0953 | Secured | 5593<br>vehicle - did not liquidate collateral | $4,953.92 | $0.00 | $4,953.92 |

0
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-22492 | | Page 2 | | Date: February 20, 2011 |
| Debtor Name: | SONCRANT, ERIC C. | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $142,870.56 | $0.00 | $142,870.56 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-22492 KRM
Case Name: SONCRANT, ERIC C.
      SONCRANT, LIISA A.
Trustee Name: Shari Streit Jansen

Balance on hand     $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | Ford Motor Credit Company LLC | $ | $ | $ | $ |

Total to be paid to secured creditors     $_____

Remaining Balance     $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Shari Streit Jansen | $ | $ | $ |
| Trustee Expenses: Shari Streit Jansen | $ | $ | $ |
| Attorney for Trustee Fees: SHARI STREIT JANSEN | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Discover Bank | $ | $ | $ |
| 000003 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |
| 000004 | Dell Financial Services L.L.C. | $ | $ | $ |
| 000005 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |
| 000006 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |
| 000007 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |
| 000008 | Student Assistance Foundation | $ | $ | $ |

   Total to be paid to timely general unsecured creditors    $_____

   Remaining Balance    $_____


  Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

  Tardily filed general (unsecured) claims are as follows:

NONE


  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE